# CERTIFICATE OF SERVICE BY CERTIFIED MAIL
*MOHAMMED v. BARRETT ET AL.*, No. C 07-04633 CRB

I, Lina Baroudi, declare that I am employed in the City and County of San Francisco California. My business address is 550 Kearny St., Suite 200, San Francisco, CA, 94108. I am over the age of 18 and not a party to the above named action.

On September 10, 2007, I served true copies of the following:

**Complaint for a Writ of Mandamus and Declaratory and Injunctive Relief**
**Summons in a Civil Case**
**Order Setting Initial Case Management Conference and ADR Deadlines**
**Standing Order of U.S. District Judge Charles R. Breyer**
**Standing Order For All Judges of the Northern District of California**
**ECF Registration Information Handout**

on the interested parties, by certified mail, return receipt requested, at:

| | |
|---|---|
| Robin L. Barrett, Field Office Director<br>USCIS San Francisco District Office<br>630 Sansome Street<br>San Francisco, CA 94111 | Emilio T. Gonzalez, Director<br>USCIS<br>425 I Street, NW<br>Washington, DC 20536 |
| USCIS<br>425 I Street, NW<br>Washington, DC 20536 | Michael Chertoff, Secretary<br>U.S. Department of Homeland Security<br>425 I Street, NW<br>Washington, DC 20528 |
| U.S. Department of Homeland Security<br>425 I Street, NW<br>Washington, DC 20528 | Robert S. Mueller, III, Director<br>Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001 |
| Alberto Gonzales, Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | United States Attorney's Office<br>Northern District<br>450 Golden Gate Ave., 11th Fl.<br>San Francisco, CA 94102 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on September 10, 2007, in San Francisco, California.

/s/
_____
Lina Baroudi