SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHUNNU MOHAMMED, <br><br> Plaintiff, <br><br> v. <br><br> ROBIN L. BARRETT, Field Office Director, USCIS San Francisco District Office; EMILIO T. GONZALEZ, Director, USCIS; U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ROBERT S. MUELLER, Director, Federal Bureau of Investigations; ALBERTO GONZALES, U.S. Attorney General, <br><br> Defendants. | No. C 07-4633 CRB <br><br> **ANSWER** |

The Defendants hereby submit their answer to Plaintiff's Complaint for a Writ of Mandamus and Injunctive Relief.

**PRELIMINARY STATEMENT**

1. Defendants admit the allegations in Paragraph One.

**JURISDICTION**

2. Paragraph Two consists of plaintiff's allegations regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary,

ANSWER
C 07-4633 CRB                                                                     1

1  Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph
2  Two.

### VENUE

3. Paragraph Three consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required.

### INTRA-DISTRICT ASSIGNMENT

4. Paragraph Four consists of Plaintiff's allegations regarding intradistrict assignment, to which no responsive pleading is required.

### STANDING

5. Paragraph Five consists of Plaintiff's characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, Defendants deny the allegations in Paragraph Five.

### PLAINTIFF

5. Defendants admit the allegations in Paragraph Five.

### DEFENDANTS

6. Defendants admit the allegations in Paragraph Six.

7. Defendants admit the allegations in Paragraph Seven.

8. Defendants admit the allegations in Paragraph Eight.

9. Defendants admit the allegations in Paragraph Nine.

10. Defendants admit the allegations in Paragraph Ten.

11. Defendants admit the allegations in Paragraph Eleven.

12. Defendants admit the allegations in Paragraph Twelve.

### FACTS

13. Defendants admit the allegations in Paragraph Thirteen.

14. Defendants deny the first sentence in Paragraph Fourteen; however, Defendants admit the remaining allegations in Paragraph Fourteen.

15. Defendants admit the allegations in Paragraph Fifteen.

16. Paragraph Sixteen consists of Plaintiff's characterization of this action for which no

1  answer is necessary; however, to the extent a response is deemed to be required, Defendants deny the allegations in Paragraph Sixteen.

17.  Defendants admit the allegations in Paragraph Seventeen.

18.  Defendants admit the allegation that USCIS issued a Request for Evidence; however, Defendants are without sufficient information or knowledge to either admit or deny the remaining allegations in Paragraph Eighteen, and on that basis, deny them.

19.  Defendants admit the first two sentences in Paragraph Nineteen.  Defendants deny the allegation that Plaintiff's interview did not proceed.  Plaintiff was interviewed on December 13, 2006.

20.  Defendants are without sufficient information or knowledge to either admit or deny the first sentence in Paragraph Twenty, however, Defendants admit the remaining allegations in Paragraph Twenty.

21.  Paragraph Twenty-One consists of Plaintiff's characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, Defendants deny the allegations in Paragraph Twenty-One.

22.  Paragraph Twenty-Two consists of Plaintiff's characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, Defendants deny the allegations in Paragraph Twenty-Two.

23.  Defendants deny the allegations in Paragraph Twenty-Three.

24.  Paragraph Twenty-Four consists of Plaintiff's characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, Defendants deny the allegations in Paragraph Twenty-Four.

**FIRST CAUSE OF ACTION**

25.  Defendants incorporates its responses to Paragraph One through Twenty-Four as if set forth fully herein.

26. Paragraph Twenty-Six consists of Plaintiff's characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, Defendants deny the allegations in Paragraph Twenty-Six.

## SECOND CAUSE OF ACTION

27. Defendants incorporates its responses to Paragraph One through Twenty-Six as if set forth fully herein.

28. Paragraph Twenty-Eight consists of Plaintiff's characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, Defendants deny the allegations in Paragraph Twenty-Eight.

## RELIEF REQUESTED

The remaining paragraphs consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

The court should dismiss the Complaint for lack for subject matter jurisdiction.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: November 9, 2007　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　SCOTT N. SCHOOLS
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　EDWARD A. OLSEN
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants