1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 |   450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 |   Telephone: (415) 436-6915
FAX: (415) 436-6927
7 |
Attorneys for Defendants
8 |

9 |                     UNITED STATES DISTRICT COURT

10 |                  NORTHERN DISTRICT OF CALIFORNIA

11 |                     SAN FRANCISCO DIVISION

12 | CHUNNU MOHAMMED,                     )
                                        )  No. C 07-4633 CRB
13 |                    Plaintiff,       )
                                        )
14 |            v.                       )  **PARTIES' JOINT REQUEST TO BE**
                                        )  **EXEMPT FROM FORMAL ADR**
15 | ROBIN L. BARRETT, Field Office Director, )  **PROCESS**
USCIS San Francisco District Office;    )
16 | EMILIO T. GONZALEZ, Director, USCIS; )
U.S. Citizenship and Immigration Services; )
17 | MICHAEL CHERTOFF, Secretary, Department )
of Homeland Security;                   )
18 | ROBERT S. MUELLER, Director,        )
Federal Bureau of Investigations;      )
19 | ALBERTO GONZALES, U.S. Attorney General, )
                                        )
20 |                    Defendants.      )
                                        )
21 |

22 |       Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

23 | Resolution Procedures in the Northern District of California," or the specified portions of the ADR

24 | Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

25 | options provided by the court and private entities, and considered whether this case might benefit

26 | from any of them.

27 |       Here, the parties agree that referral to a formal ADR process will not be beneficial because this

28 | mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate

Parties' Joint Request to be Exempt from ADR Process
C 07-4633 CRB                          1

1  the application for adjustment of status.  Given the substance of the action and the lack of any

2  potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax

3  court resources.

4      Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the

5  ADR Multi-Option Program and that they be excused from participating in the ADR phone

6  conference and any further formal ADR process.

7

8  Dated: November 26, 2007                 Respectfully submitted,

9                                          SCOTT N. SCHOOLS
                                        United States Attorney

10

11                                    /s/
                                  EDWARD A. OLSEN

12                                    Assistant United States Attorney
                                  Attorneys for Defendants

13

14

15  Dated: November 26, 2007                     /s/
                                  ROBERT B. JOBE
                                  Attorney for Plaintiff

16

17                                    **ORDER**

18      Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR

19  Multi-Option Program and are excused from participating in the ADR phone conference and any

20  further formal ADR process.

21  **SO ORDERED.**

22

23
   Dated:                                                 _____

24                                      CHARLES R. BREYER
                                  United States District Judge

25

26

27

28