```
 1 │ SCOTT N. SCHOOLS, SC SBN 9990
   │ United States Attorney
 2 │ JOANN M. SWANSON, CSBN 88143
   │ Assistant United States Attorney
 3 │ Chief, Civil Division
   │ EDWARD A. OLSEN, CSBN 214150
 4 │ Assistant United States Attorney
 5 │    450 Golden Gate Avenue, Box 36055
   │    San Francisco, California 94102
 6 │    Telephone: (415) 436-6915
   │    FAX: (415) 436-6927
 7 │
   │ Attorneys for Defendants
 8 │
 9 │                UNITED STATES DISTRICT COURT
10 │               NORTHERN DISTRICT OF CALIFORNIA
11 │                    SAN FRANCISCO DIVISION
12 │ CHUNNU MOHAMMED,              )
   │                               ) No. C 07-4633 CRB
13 │              Plaintiff,       )
   │                               )
14 │         v.                    ) PARTIES' JOINT REQUEST TO BE
   │                               ) EXEMPT FROM FORMAL ADR
15 │ ROBIN L. BARRETT, Field Office Director, ) PROCESS
   │ USCIS San Francisco District Office;     )
16 │ EMILIO T. GONZALEZ, Director, USCIS;     )
   │ U.S. Citizenship and Immigration Services; )
17 │ MICHAEL CHERTOFF, Secretary, Department  )
   │ of Homeland Security;                    )
18 │ ROBERT S. MUELLER, Director,             )
   │ Federal Bureau of Investigations;        )
19 │ ALBERTO GONZALES, U.S. Attorney General, )
   │                               )
20 │              Defendants.      )
   │                               )
21 │
```

22    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

23 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

24 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

25 options provided by the court and private entities, and considered whether this case might benefit

26 from any of them.

27    Here, the parties agree that referral to a formal ADR process will not be beneficial because this

28 mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate

Parties' Joint Request to be Exempt from ADR Process
C 07-4633 CRB                                1

1  the application for adjustment of status.  Given the substance of the action and the lack of any
2  potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax
3  court resources.
4      Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
5  ADR Multi-Option Program and that they be excused from participating in the ADR phone
6  conference and any further formal ADR process.

8  Dated: November 26, 2007            Respectfully submitted,
9                                             SCOTT N. SCHOOLS
                                           United States Attorney

11                                            _____/s/_____
                                           EDWARD A. OLSEN
12                                            Assistant United States Attorney
                                           Attorneys for Defendants

15 Dated: November 26, 2007           _____/s/_____
                                           ROBERT B. JOBE
                                           Attorney for Plaintiff

## ORDER

18  Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR
19  Multi-Option Program and are excused from participating in the ADR phone conference and any
20  further formal ADR process.
21  **SO ORDERED.**

23  Dated:  November 27, 2007           _____
24                                             CHARLES R. BREYER
                                           United States District Judge

