SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHUNNU MOHAMMED,<br><br>          Plaintiff,<br><br>    v.<br><br>ROBIN L. BARRETT, Field Office Director,<br>USCIS San Francisco District Office;<br>EMILIO T. GONZALEZ, Director, USCIS;<br>U.S. Citizenship and Immigration Services;<br>MICHAEL CHERTOFF, Secretary, Department<br>of Homeland Security;<br>ROBERT S. MUELLER, Director,<br>Federal Bureau of Investigations;<br>ALBERTO GONZALES, U.S. Attorney General,<br><br>          Defendants. | No. C 07-4633 CRB<br><br>**STIPULATION TO EXTEND DATES;**<br>**and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff is a native and citizen of India who was granted asylum on January 29, 2003.

    2. On April 19, 2004, the Plaintiff filed an application to adjust his status (Form I-485) with the United States Citizenship and Immigration Services (USCIS). The application is still pending.

    3. The USCIS issued a Notice of Intent to Deny ("NOID") to Plaintiff on November 30, 2007.

    4. Plaintiff has 30 days to respond to the NOID.

Stipulation to Extend Dates
C 07-4633 CRB                      1

5. USCIS will make a decision on the I-485 within a reasonable time after Plaintiff responds to the NOID.

6. Accordingly, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file/serve Joint Case Management Statement:	March 7, 2008

Case Management Conference:	March 14, 2008, at 8:30 a.m.

Dated: December 7, 2007	Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: December 7, 2007	_____/s/_____  _____
ROBERT B. JOBE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:	_____
CHARLES R. BREYER
United States District Judge

Stipulation to Extend Dates
C 07-4633 CRB	2