1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12 CHUNNU MOHAMMED,            )
                               )  No. C 07-4633 CRB
13           Plaintiff,        )
                               )
14       v.                    )  **STIPULATION TO EXTEND DATES;**
                               )  **and [PROPOSED] ORDER**
15 ROBIN L. BARRETT, Field Office Director, )
   USCIS San Francisco District Office;     )
16 EMILIO T. GONZALEZ, Director, USCIS;     )
   U.S. Citizenship and Immigration Services; )
17 MICHAEL CHERTOFF, Secretary, Department  )
   of Homeland Security;                    )
18 ROBERT S. MUELLER, Director,             )
   Federal Bureau of Investigations;        )
19 ALBERTO GONZALES, U.S. Attorney General, )
                                            )
20           Defendants.                    )
                                            )
21

22     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to the following:

24     1. Plaintiff is a native and citizen of India who was granted asylum on January 29, 2003.

25     2. On April 19, 2004, the Plaintiff filed an application to adjust his status (Form I-485) with

26 the United States Citizenship and Immigration Services (USCIS).  The application is still pending.

27     3. The USCIS issued a Notice of Intent to Deny ("NOID") to Plaintiff on November 30, 2007.

28     4. Plaintiff has 30 days to respond to the NOID.

Stipulation to Extend Dates
C 07-4633 CRB                                    1

1     5.  USCIS will make a decision on the I-485 within a reasonable time after Plaintiff responds to the NOID.

2     6.  Accordingly, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file/serve Joint Case Management Statement:     March 7, 2008

Case Management Conference:     March 14, 2008, at 8:30 a.m.

Dated: December 7, 2007     Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: December 7, 2007     _____/s/_____   _____
ROBERT B. JOBE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  December 11, 2007     _____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

Stipulation to Extend Dates
C 07-4633 CRB                                        2