JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHUNNU MOHAMMED, <br><br> Plaintiff, <br><br> v. <br><br> ROBIN L. BARRETT, Field Office Director, USCIS San Francisco District Office; EMILIO T. GONZALEZ, Director, USCIS; U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ROBERT S. MUELLER, Director, Federal Bureau of Investigations; ALBERTO GONZALES, U.S. Attorney General, <br><br> Defendants. | No. C 07-4633 CRB <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

///

///

///

//

Stipulation to Dismiss
C 07-4633 CRB                           1

1  Each of the parties shall bear their own costs and fees.

2  Dated: March 6, 2008                              Respectfully submitted,

3                                                   SCOTT N. SCHOOLS
                                                    United States Attorney
4

5                                                   _____/s/_____
                                                    EDWARD A. OLSEN[1]
6                                                   Assistant United States Attorney
                                                    Attorneys for Defendants
7

8  Dated: March 6, 2008                              _____/s/_____
9                                                   ROBERT B. JOBE
                                                    Attorney for Plaintiff
10

11                              **ORDER**

12  Pursuant to stipulation, IT IS SO ORDERED.

13

14
    Dated:                                          _____
15                                                  CHARLES R. BREYER
                                                    United States District Judge
16

17

18

19

20

21

22

23

24

25

26  _____

27  [1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any
28  signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C 07-4633 CRB                                       2