1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12 CHUNNU MOHAMMED,                     )
                                        )  No. C 07-4633 CRB
13              Plaintiff,              )
                                        )
14         v.                           )  **STIPULATION TO DISMISS; AND**
                                        )  **[PROPOSED] ORDER**
15 ROBIN L. BARRETT, Field Office Director, )
   USCIS San Francisco District Office; )
16 EMILIO T. GONZALEZ, Director, USCIS; )
   U.S. Citizenship and Immigration Services; )
17 MICHAEL CHERTOFF, Secretary, Department )
   of Homeland Security;                )
18 ROBERT S. MUELLER, Director,         )
   Federal Bureau of Investigations;    )
19 ALBERTO GONZALES, U.S. Attorney General, )
                                        )
20              Defendants.             )
                                        )
21

22     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

24 of the adjudication of Plaintiff's adjustment of status application (Form I-485).

25 ///

26 ///

27 ///

28 //

Stipulation to Dismiss
C 07-4633 CRB                                        1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: March 6, 2008                Respectfully submitted,

3 | SCOTT N. SCHOOLS
United States Attorney

5 | _____/s/_____
EDWARD A. OLSEN[1]
6 | Assistant United States Attorney
Attorneys for Defendants

8 | Dated: March 6, 2008                _____/s/_____
9 | ROBERT B. JOBE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  March 14, 2008
_____
CHARLES R. BREYER
United States District Judge



---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C 07-4633 CRB                                2